# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand and nineteen,

Douglas J. Horn, Cindy Harp-Horn,

    Plaintiffs - Appellants,

v.

Medical Marijuana, Inc., Dixie Holdings, LLC, Dixie Elixirs, Red Dice Holdings, LLC,

    Defendants - Appellees,

Dixie Botanicals,

    Defendant.

**ORDER**
Docket Number: 19-1437

A notice of appeal was filed on May 16, 2019. The Appellant's Acknowledgment and Notice of Appearance Form due May 31, 2019 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective **June 25, 2019** if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court