# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand and nineteen,

_____

| | |
|---|---|
| Douglas J. Horn, Cindy Harp-Horn, | **ORDER** |
| Plaintiffs - Appellants, | Docket Number: 19-1437 |
| v. | |
| Medical Marijuana, Inc., Dixie Holdings, LLC, Dixie Elixirs, Red Dice Holdings, LLC, | |
| Defendants - Appellees, | |
| Dixie Botanicals, | |
| Defendant. | |

_____

A notice of appeal was filed on May 16, 2019. Appellant's Form D was due May 30, 2019. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective **June 25, 2019** if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court