**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 11, 2019
Docket #: 19-1437
Short Title: Horn v. Medical Marijuana, Inc.

DC Docket #: 15-cv-701
DC Court: WDNY (BUFFALO)
DC Judge: Roemer
DC Judge: Geraci

**NOTICE to APPELLANT'S COUNSEL**
**REQUESTING INDEX IN LIEU OF RECORD ON APPEAL**
**OR**
**RECORD ON APPEAL**

FRAP 10 and 11 and Local Rule 11 require that appellant file in the district court (1) electronic or paper index to the record on appeal, a certified copy of the docket entries, and the clerk's certificate in lieu of the record on appeal, or (2) record on appeal.

In the above-referenced case these documents were due May 30, 2019. To date they have not been transmitted. If this material is not received within 10 days of the date of this notice, a motion will be required to file it out of time.

Please note that if all the documents are not available (e.g. transcripts), the missing material may be forwarded subsequently in the form of a supplemental index or record on appeal.

Inquiries regarding this case may be directed to 212-857-8505.