# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Horn et. al. v. Medical Marijuana, Inc. et. al.     Docket No.: 19-1437

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Hanoch Sheps

Firm: Mazzola Lindstrom LLP

Address: 733 3rd Avenue, New York, NY 10017

Telephone: 646-216-8126    Fax:

E-mail: hanoch@mazzolalindstrom.com

Appearance for: Dixie Holdings, LLC
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Roy Mura/ Mura & Storm )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: Hanoch Sheps, Esq.