# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Horn et. al. v. Medical Marijuana, Inc. et. al.       Docket No.: 19-1437

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Jean-Claude Mazzola

Firm: Mazzola Lindstrom LLP

Address: 733 3rd Avenue, 15th Fl.

Telephone: 646-216-8585       Fax:

E-mail: jeanclaude@mazzolalindstrom.com

Appearance for: Dixie Holdings, LLC/Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Hanoch Sheps, Esq./Mazzola Lindstrom LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 7/10/19 _____ OR

☐ I applied for admission on _____.

Signature of Counsel: _[signature]_

Type or Print Name: Jean-Claude Mazzola