Case 19-1673, Document 32-2, 08/08/2019, 2627840, Page1 of 16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DOUGLAS J. HORN and CINDY HARP-HORN,

                                        Civ Action No: 15-cv-701 FPG/MJR

         Plaintiff,

  -against-

MEDICAL MARIJUANA, INC.,
DIXIE ELIXIRS AND EDIBLES,
RED DICE HOLDINGS, LLC, and
DIXIE BOTANICALS,
              Defendants,
----------------------------------------------------------------X

**PLAINTIFF/APPELLANT'S INDEX TO THE RECORD ON APPEAL**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2018 | 61 | MOTION for Summary Judgment *and/or for Judgment on the Pleadings* by Medical Marijuana, Inc., Red Dice Holdings, LLC.. (Attachments: # 1 Statement of Undisputed Facts, # 2 Declaration Declaration of Roy A. Mura, Esq., # 3 Exhibit Exhibit A to Declaration of Roy A. Mura -- Complaint, # 4 Exhibit Exhibit B to Declaration of Roy A. Mura -- Answer of MMI and RDH, # 5 Exhibit Exhibit C to Declaration of Roy A. Mura -- EBT of Douglas Horn, # 6 Exhibit Exhibit D to Declaration of Roy A. Mura -- EBT of Cindy Harp-Horn, # 7 Exhibit Exhibit E to Declaration of Roy A. Mura -- Fall 2012 High Times Medical Marijuana Magazine, # 8 Exhibit Exhibit F to Declaration of Roy A. Mura -- EBT of Dr. Cindy Orser, # 9 Exhibit Exhibit G to Declaration of Roy A. Mura -- Expert Report of Dr. Cindy Orser, # 10 Exhibit Exhibit H to Declaration of Roy A. Mura -- CannLabs Testing Certificates, # 11 Declaration Declaration of Stuart W. Titus, PhD, # 12 Declaration Declaration of Michelle L. Sides, Esq., # 13 Exhibit Exhibit A to Declaration of Michelle L. Sides, # 14 Memorandum in Support)(Mura, Roy) (Entered: 08/30/2018) |
| 08/30/2018 | 62 | MOTION for Summary Judgment by Dixie Elixirs and Edibles. (Attachments: # 1 Memorandum in Support, # 2 Affidavit, # 3 Affidavit, # 4 Statement of Undisputed Facts, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 |

| | | |
|---|---|---|
| | | Exhibit)(Mazzola, Jean-Claude) (Entered: 08/30/2018) |
| 11/16/2018 | 69 | RESPONSE in Opposition re 61 MOTION for Summary Judgment *and/or for Judgment on the Pleadings* filed by Cindy Harp-Horn, Douglas J. Horn. (Attachments: # 1 Declaration, # 2 Exhibit Op Agr, # 3 Exhibit Dixie v. MMI, # 4 Exhibit SEC FIling, # 5 Exhibit Magazine, # 6 Exhibit First FAQ, # 7 Exhibit Second FAQ, # 8 Exhibit Invoice, # 9 Exhibit CRL Test, # 10 Exhibit Lab Test, # 11 Exhibit Email, # 12 Exhibit Cert of Analysis, # 13 Exhibit Bottle Label, # 14 Exhibit Launch, # 15 Exhibit Tamar Wise, # 16 Exhibit Deft Expert Dep, # 17 Exhibit Pltf Econ CV, # 18 Exhibit Expert Econ Report, # 19 Affidavit Plaintiffs' Affid, # 20 Affidavit Plaintiffs' Suppl Affid, # 21 Affidavit Affid Ellen Voie, # 22 Affidavit Affid Dr. Graham, # 23 Exhibit Graham CV, # 24 Exhibit Graham Report, # 25 Exhibit Graham Report 2, # 26 Memorandum in Support MOL - MMI)(Benjamin, Jeffrey) (Entered: 11/16/2018) |
| 11/16/2018 | 70 | RESPONSE in Opposition re 62 MOTION for Summary Judgment filed by Cindy Harp-Horn, Douglas J. Horn. (Attachments: # 1 Declaration, # 2 Exhibit Magazine, # 3 Exhibit First FAQ, # 4 Exhibit Second FAQ, # 5 Exhibit Invoice, # 6 Exhibit CRL Test, # 7 Exhibit Lab Test, # 8 Exhibit Email, # 9 Exhibit Cert of Analysis, # 10 Exhibit Bottle Label, # 11 Exhibit Launch, # 12 Exhibit Tamar Wise, # 13 Exhibit Deft Expert Dep, # 14 Exhibit Pltf Expert CV, # 15 Exhibit Pltf Expert Econ Report, # 16 Affidavit Pltf Affidavit, # 17 Affidavit Pltf Suppl Affid, # 18 Affidavit Affid Ellen Voie, # 19 Affidavit Affid Dr Graham, # 20 Exhibit Graham CV, # 21 Exhibit Graham Report, # 22 Exhibit Graham Report 2, # 23 Memorandum in Support MOL Dixie)(Benjamin, Jeffrey) (Entered: 11/16/2018) |
| 12/07/2018 | 85 | REPLY/RESPONSE to re 70 Response in Opposition to Motion,,, filed by Dixie Elixirs and Edibles. (Sheps, Hanoch) (Entered: 12/07/2018) |
| 12/07/2018 | 86 | MEMORANDUM in Support re 61 MOTION for Summary Judgment *and/or for Judgment on the Pleadings* filed by Medical Marijuana, Inc., Red Dice Holdings, LLC.. (Gvertz, Daniel) (Entered: 12/07/2018) |
| 04/17/2019 | 88 | DECISION AND ORDER: Plaintiffs' motion to amend 68 is GRANTED IN PART and DENIED IN PART. Defendants' motions to strike [71, 74] are DENIED. Plaintiffs' motion for partial summary judgment 60 is DENIED. Defendants' motions for summary judgment 61 62 are GRANTED IN PART and DENIED IN PART. As a result of these rulings, the only surviving claims are Douglas's claims for fraudulent inducement and civil RICO. All other claims |

Case 19-1637, Document 32-2, 08/08/2019, 2627840, Page3 of 16

|   | against Defendants are dismissed. The Clerk of Court is directed to amend the name of Defendant "Dixie Elixirs and Edibles" to "Dixie Holdings, LLC a/k/a Dixie Elixirs." By separate order, the Court will schedule a status conference to hear from the parties on the progress of this action. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 4/17/2019. (MFM) |
|---|---|

Dated: New York, New York                    KUPILLAS, UNGER & BENJAMIN, LLP

August 7, 2019

*Jeffrey Benjamin*

Jeffrey Benjamin, Esq.,
Attorney for Plaintiffs
5 Penn Plaza, 23rd Floor
New York, New York 10001
(212) 655-9536

APPEAL,CASREF,MEDIATION

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CIVIL DOCKET FOR CASE #: 1:15–cv–00701–FPG–MJR

| | |
|---|---|
| Horn, et al v. Medical Marijuana, Inc., et al | Date Filed: 08/06/2015 |
| Assigned to: Hon. Frank P. Geraci, Jr. | Jury Demand: Plaintiff |
| Referred to: Hon. Michael J. Roemer | Nature of Suit: 470 Racketeer/Corrupt |
| Cause: 18:1962 Racketeering (RICO) Act | Organization |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Douglas J. Horn**                    represented by    **Jeffrey M. Benjamin**
Kupillas Unger & Benjamin LLP
1 Linden Place
Suite 410–A
Great Neck, NY 11021
212–655–9536
Fax: 718–425–0692
Email: jbenjamin@nyfraudlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank T. Housh**
70 Niagara Street
Buffalo, NY 14202
716–362–1128
Fax: 716–362–1150
Email: frank@houshlaw.com
*TERMINATED: 06/26/2017*

**Plaintiff**

**Cindy Harp–Horn**                    represented by    **Jeffrey M. Benjamin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank T. Housh**
(See above for address)
*TERMINATED: 06/26/2017*

V.

**Defendant**

**Medical Marijuana, Inc.**            represented by    **Roy A. Mura**
Mura & Storm, PLLC
930 Rand Building
14 Lafayette Square
Buffalo, NY 14203
716–855–2800
Fax: 716–855–2816
Email: roy.mura@muralaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Solomon Gvertz**
Mura & Storm, PLLC
930 Rand Building
14 Lafayette Square
Buffalo, NY 14203
716–855–2800

Fax: 716–855–2816
Email: daniel.gvertz@muralaw.com
*ATTORNEY TO BE NOTICED*

**Eric T. Boron**
Mura & Storm, PLLC
930 Rand Building
14 Lafayette Square
Buffalo, NY 14203
716–855–2800
Email: eric.boron@muralaw.com
*TERMINATED: 05/16/2018*

**Scott David Mancuso**
Mura & Storm, PLLC
930 Rand Building
14 Lafayette Square
Buffalo, NY 14203
716 855–2800
Fax: 716 855–2816
Email: scott.mancuso@muralaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dixie Holdings, LLC**
*also known as*
Dixie Elixirs

represented by **Jean–Claude Mazzola**
Mazzola Lindstrom LLP
733 Third Avenue
15th Floor
New York, NY 10017
646–250–6666
Email: jeanclaude@mazzolalindstrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Lindstrom**
Messner Reeves LLP
805 Third Ave
18th Floor
New York, NY 10022
646–663–1853
Fax: 646–663–1895
Email: wlindstrom@messner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hanoch Sheps**
Mazzola Lindstrom LLP
733 Third Avenue
15th Floor
New York, NY 10017
646–250–6666
Email: hanoch@mazzolalindstrom.com
*ATTORNEY TO BE NOTICED*

**Jean E. Smith–Gonnell**
Messner Reeves LLP
1430 Wynkoop Street
Suite 300
Denver, CO 80202
303–623–1800
Fax: 303–623–0552
Email: jgonnell@messner.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Red Dice Holdings, LLC.**                     represented by   **Roy A. Mura**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Daniel Solomon Gvertz**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Eric T. Boron**
                                                (See above for address)
                                                *TERMINATED: 05/16/2018*

                                                **Scott David Mancuso**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Dixie Botanicals**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/2015 | 1 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0209–2334467.), filed by Douglas Horn, Cindy Harp–Horn. (Attachments: # 1 Exhibit Advertisement)(Benjamin, Jeffrey) (Entered: 08/06/2015) |
| 08/06/2015 | 2 | RICO STATEMENT by Cindy Harp–Horn, Douglas Horn. (Benjamin, Jeffrey) (Entered: 08/06/2015) |
| 08/06/2015 | 3 | Original Summons Filed. (Benjamin, Jeffrey) (Entered: 08/06/2015) |
| 08/06/2015 | 4 | Original Summons Filed. (Benjamin, Jeffrey) (Entered: 08/06/2015) |
| 08/06/2015 | 5 | Original Summons Filed. (Benjamin, Jeffrey) (Entered: 08/06/2015) |
| 08/07/2015 | | E–Filing Notification: Attorney is directed to e–file a civil cover sheet using the continuation of exhibits event found under responses and replies re 1 COMPLAINT (Benjamin, Jeffrey) (SG) (Entered: 08/07/2015) |
| 08/07/2015 | 6 | CONTINUATION OF EXHIBITS by Cindy Harp–Horn, Douglas Horn. to 1 Complaint *Civil Action Sheet* filed by Cindy Harp–Horn, Douglas Horn. (Benjamin, Jeffrey) (Entered: 08/07/2015) |
| 08/11/2015 | | Case Assigned to Hon. Frank P. Geraci, Jr.. (DLC) (Entered: 08/11/2015) |
| 08/11/2015 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO–85) is available for download at http://www.uscourts.gov/services–forms/forms. (DLC) (Entered: 08/11/2015) |
| 08/11/2015 | | AUTOMATIC REFERRAL to Mediation The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative–dispute–resolution (DLC) (Entered: 08/11/2015) |
| 08/11/2015 | 7 | Summons Issued as to Dixie Elixirs and Edibles, Medical Marijuana, Inc., Red Dice Holdings, LLC.. (Attachments: #(1) Summon II, #(2) Summon III.)(DLC) (Entered: 08/11/2015) |
| 08/11/2015 | | E–Filing Notification: No summon submitted for Dixie Botanicals. (DLC) (Entered: 08/11/2015) |
| 09/25/2015 | 8 | STIPULATION *To Extend Time to Respond* by Dixie Elixirs and Edibles. (Lindstrom, Wendy) (Entered: 09/25/2015) |

| | | |
|---|---|---|
| 09/29/2015 | | ATTENTION CORPORATION PLAINTIFFS/DEFENDANTS: All Corporate Disclosure Statements pursuant to Fed. R. Civ. P. 7.1 (b) are to be filed within seven (7) days of this notice. (KLH) (Entered: 09/29/2015) |
| 10/23/2015 | 9 | ANSWER to 1 Complaint by Dixie Elixirs and Edibles.(Lindstrom, Wendy) (Entered: 10/23/2015) |
| 10/23/2015 | 10 | Corporate Disclosure Statement by Dixie Elixirs and Edibles. (Lindstrom, Wendy) (Entered: 10/23/2015) |
| 02/19/2016 | 11 | ANSWER to 1 Complaint by Medical Marijuana, Inc., Red Dice Holdings, LLC.. (Attachments: # 1 Certificate of Service)(Mura, Roy) (Entered: 02/19/2016) |
| 02/19/2016 | 12 | Corporate Disclosure Statement by Medical Marijuana, Inc., Red Dice Holdings, LLC.. (Mura, Roy) (Entered: 02/19/2016) |
| 02/22/2016 | | ADR Plan electronically forwarded to attorneys. The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative–dispute–resolution(SG) (Entered: 02/22/2016) |
| 02/25/2016 | 13 | ORDER REFERRING CASE to Hon. Hugh B. Scott, United States Magistrate Judge, for all pretrial matters excluding dispositive motions. The parties are encouraged to consider consenting to jurisdiction by the Magistrate Judge pursuant to 28 U.S.C. § 636(c). Consent forms are available from the chambers of the Magistrate Judge or the office of the Clerk of the Court. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 2/25/2016. (MC) (Entered: 02/25/2016) |
| 02/25/2016 | 14 | ORDER TO SHOW CAUSE: Plaintiff is hereby Ordered to Show Cause, in writing and before March 4, 2016, why this case should not be dismissed as against Defendant Dixie Botanicals under Fed. R. Civ. P. 4(m) for failure to effect service within 120 days. Failure to comply with this Order will result in the dismissal of this action as against Dixie Botanicals. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 2/25/16. (SCE) (Entered: 02/25/2016) |
| 02/26/2016 | 15 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>TEXT OF THE ORDER<br><br>This case has been referred to the undersigned for pretrial proceedings. A scheduling conference will be held on **4/13/2016 at 10:30 AM,** in the courtroom of the undersigned at 2 Niagara Square, Buffalo, New York.<br><br>PRIOR TO THE SCHEDULING CONFERENCE, THE PARTIES ARE DIRECTED TO COMPLY WITH THE REQUIREMENTS OF RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE. This means that, at a minimum,<br><br>(1) the parties are to have exchanged initial disclosures as required by Rule 26(a)(1);<br><br>(2) the parties are to have met or conferred as required under Rule 26(f); and<br><br>(3) the parties are to have filed a proposed discovery plan at least seven (7) days prior to the scheduling conference as also required by Rule 26(f).<br><br>Under 28 U.S.C. § 636(c), the Magistrate Judge is available to conduct any or all proceedings in this case, including a jury or non–jury trial and entry of final judgment. (*See also* Fed. R. Civ. P. 73.) The parties are encouraged to consider potential benefits of a Rule 73 consent; however, there will be no adverse consequences at all should the parties decline.<br><br>SO ORDERED. Issued by Hon. Hugh B. Scott on 2/26/2016. (GAI) (Entered: 02/26/2016) |
| 03/04/2016 | 16 | RESPONSE TO ORDER TO SHOW CAUSE by Cindy Harp–Horn, Douglas J. Horn. (Benjamin, Jeffrey) (Entered: 03/04/2016) |
| 03/08/2016 | 17 | AFFIDAVIT of Service for Summ & Comp, RICO, CACC served on Dixie Botanicals on March 1, 2016, filed by Cindy Harp–Horn, Douglas J. Horn. (Benjamin, Jeffrey) (Entered: 03/08/2016) |

| 04/01/2016 | | ***CALENDAR NOTICE: Due to the Court's calendar, the Scheduling Conference set for 4/13/2016 will be delayed to 02:00 PM that day. Issued by Hon. Hugh B. Scott on 4/1/2016. (GAI) (Entered: 04/01/2016) |
|---|---|---|
| 04/05/2016 | 19 | NOTICE of Appearance by Eric T. Boron on behalf of Medical Marijuana, Inc., Red Dice Holdings, LLC. (Boron, Eric) (Entered: 04/05/2016) |
| 04/13/2016 | 20 | Minute Entry for proceedings held before Hon. Hugh B. Scott: Scheduling Conference held on 4/13/2016. <br><br> Court will adjust deadlines to fit expert discovery within overall discovery deadline, but proposed timeframe is generally acceptable. Scheduling order will issue shortly. <br><br> APPEAR: Jeffrey M. Benjamin (Pltf) (by phone); Wendy J. Lindstrom (Deft Dixie Elixirs and Edibles) (by phone); Eric T. Boron (other defts). (Court Reporter FTR Gold.) (GAI) (Entered: 04/14/2016) |
| 04/14/2016 | 21 | SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text does not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) <br><br> Discovery completed by 9/15/2017. Dispositive Motions due by 11/17/2017. <br><br> Signed by Hon. Hugh B. Scott on 4/14/2016. (GAI) (Entered: 04/14/2016) |
| 04/18/2016 | 22 | REQUEST FOR CLERK'S ENTRY OF DEFAULT against Dixie Botanicals by Douglas J. Horn, Cindy Harp–Horn.(Benjamin, Jeffrey) Modified on 8/5/2016 to correct title and terminate as a motion(SG). (Entered: 04/18/2016) |
| 05/18/2016 | 23 | Stipulation–Selection of Mediator by Cindy Harp–Horn, Douglas J. Horn. (Benjamin, Jeffrey) (Entered: 05/18/2016) |
| 08/03/2016 | 24 | NOTICE by Cindy Harp–Horn, Douglas J. Horn *Consent Order Granting Substitution of Attorney* (Housh, Frank) (Entered: 08/03/2016) |
| 08/03/2016 | 25 | NOTICE of Appearance by Frank T. Housh on behalf of All Plaintiffs (Housh, Frank) (Entered: 08/03/2016) |
| 08/04/2016 | 26 | –CLERK TO FOLLOW UP– <br><br> TEXT ORDER RE: 25 Notice of Appearance filed by Cindy Harp–Horn, Douglas J. Horn. <br><br> The Court recuses itself from this case and asks the Clerk of the Court to arrange for referral to another Magistrate Judge. <br><br> SO ORDERED. Issued by Hon. Hugh B. Scott on 8/4/2016. (GAI) (Entered: 08/04/2016) |
| 08/04/2016 | 27 | TEXT ORDER REFERRING CASE: In light of Judge Scott's recusal, this case is now referred to Hon. Michael J. Roemer, United States Magistrate Judge, for all pretrial matters excluding dispositive motions. The parties are encouraged to consider consenting to jurisdiction by the Magistrate Judge pursuant to 28 U.S.C. § 636(c). Consent forms are available from the chambers of the Magistrate Judge or the office of the Clerk of the Court. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 8/4/16.(SCE) (Entered: 08/04/2016) |
| 08/05/2016 | | E–Filing Notification: Incorrect event used to electronically file document. For future reference, use (Request for Clerk's Entry of Default) event. No action required. 22 REQUEST FOR CLERK'S ENTRY OF DEFAULT against Dixie Botanicals (SG) (Entered: 08/05/2016) |
| 08/29/2016 | 28 | Clerk's ENTRY OF DEFAULT as to Dixie Botanicals (SG) (Entered: 08/29/2016) |
| 09/12/2016 | | SCHEDULING NOTICE. Status Conference set for 9/21/2016 11:00 AM before Hon. Michael J. Roemer. Local counsel shall appear in person. Out of town counsel for defendant Dixie Elixirs & Edibles may participate by teleconference and shall supply |

| | | the Court with a telephone number as the Court will initiate the call. (RAZ) (Entered: 09/12/2016) |
|---|---|---|
| 09/19/2016 | | SCHEDULING NOTICE. Status Conference set for 9/21/2016 at 11:00 AM has been RESCHEDULED to 9/26/2016 02:30 PM before Hon. Michael J. Roemer. Out of town counsel for defendant Dixie Elixirs & Edibles may participate by teleconference and shall supply the Court with a telephone number as the Court will initiate the call. (RAZ) (Entered: 09/19/2016) |
| 09/26/2016 | 29 | Minute Entry for proceedings held before Hon. Michael J. Roemer: Status Conference held on 9/26/2016. Mr. Housh recently entered his appearance in place of Mr. Benjamin. Parties previously selected a mediator, however, no mediation has been conducted. Court to issue a new case management order. Parties to confer and submit joint proposed case management deadlines within one week. APPEARANCES: Frank Housh, Esq. for plaintiffs; Eric Boron, Esq. for defendants Medical Marijuana, Inc and Red Dice Holdings, LLC; Wendy Lindstrom, Esq. and Hanoch Sheps, Esq. (via telephone) for defendant Dixie Elixers and Edibles. (Court Reporter FTR Gold.) (JDK) (Entered: 09/26/2016) |
| 10/05/2016 | 30 | Proposed Pretrial Order *Amended Case Management Order* by Cindy Harp–Horn, Douglas J. Horn. (Attachments: # 1 Certificate of Service)(Housh, Frank) (Entered: 10/05/2016) |
| 10/07/2016 | 31 | CASE MANAGEMENT ORDER (Please Note: This docket text does not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.)<br><br>First Mediation Session due by 1/30/2017. Motions to Join Parties/Amend Pleadings due by 3/21/2017. Motions to Compel Discovery due by 5/1/2017. Discovery completed by 6/1/2017. Plaintiff Expert Witness ID due by 9/1/2017. Defendant Expert Witness ID due by 10/2/2017. Dispositive Motions due by 5/1/2018. Mediation To End by 5/1/2018. Signed by Hon. Michael J. Roemer on 10/7/2016. (RAZ) (Entered: 10/07/2016) |
| 12/13/2016 | 32 | NOTICE of Appearance by Hanoch Sheps on behalf of Dixie Elixirs and Edibles (Sheps, Hanoch) (Entered: 12/13/2016) |
| 12/14/2016 | | ADR Plan electronically forwarded to attorneys. The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative–dispute–resolution.(NRE) (Entered: 12/14/2016) |
| 12/29/2016 | | SCHEDULING NOTICE. Discovery Hearing set for 1/9/2017 02:00 PM before Hon. Michael J. Roemer. (RAZ) (Entered: 12/29/2016) |
| 01/09/2017 | 33 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Discovery Hearing held on 1/9/2017. Pltf to respond to discovery demands by 1/22/2017. As requested by the parties, First Mediation Session due by 2/28/2017. Appearances: Frank T. Housh, Esq. on behalf of pltfs; Eric T. Boron, Esq. on behalf of defts Medical Marijuana, Inc., Red Dice Holdings, LLC; Hanoch Sheps, Esq. via teleconference on behalf of deft Dixie Elixirs and Edibles. (Court Reporter FTR Gold.) (RAZ) (Entered: 01/10/2017) |
| 02/14/2017 | 34 | Mediation Certification by Michael Menard(Menard, Michael) (Entered: 02/14/2017) |
| 05/15/2017 | 35 | MOTION to appear pro hac vice for Jean E. Smith–Gonnell ($150 fee paid; receipt number BUF055382) by Dixie Elixirs and Edibles. (Attachments: # 1 Sponsoring Affidavit, # 2 Petition, # 3 Attorney's Oath, # 4 Civility Oath, # 5 Attorney Database, # 6 CM/ECF Registration)(NRE) (Entered: 05/17/2017) |
| 05/17/2017 | | Verified admission to the Colorado State Bar for Attorney Jean E. Smith–Gonnell. (NRE) (Entered: 05/17/2017) |
| 05/19/2017 | 36 | TEXT ORDER granting 35 Motion for Jean E. Smith–Gonnell to appear pro hac vice on behalf of Dixie Elixirs and Edibles. SO ORDERED. Issued by Hon. Michael J. Roemer on 5/19/2017. (RAZ)<br><br>–CLERK TO FOLLOW UP– (Entered: 05/19/2017) |

| 06/21/2017 | 37 | MOTION to Substitute Attorney *Frank Housh, Esq.* by Cindy Harp–Horn, Douglas J. Horn.(Housh, Frank) (Entered: 06/21/2017) |
|---|---|---|
| 06/22/2017 | 38 | First MOTION for Extension of Time to Complete Discovery by Cindy Harp–Horn, Douglas J. Horn. (Attachments: # 1 Affidavit Declaration of Counsel)(Benjamin, Jeffrey) (Entered: 06/22/2017) |
| 06/23/2017 | 39 | TEXT ORDER granting 37 Motion to Substitute Attorney. SO ORDERED. Issued by Hon. Michael J. Roemer on 6/23/2017. (RAZ)<br><br>–CLERK TO FOLLOW UP– (Entered: 06/23/2017) |
| 06/23/2017 | | SCHEDULING NOTICE as to 38 First Motion for Extension of Time to Complete Discovery . Responses due by 7/5/2017. Motion Hearing set for 7/10/2017 11:00 AM before Hon. Michael J. Roemer. (RAZ) (Entered: 06/23/2017) |
| 07/05/2017 | 40 | DECLARATION re 38 First MOTION for Extension of Time to Complete Discovery filed by Medical Marijuana, Inc. and Red Dice Holdings, Inc. . (Attachments: # 1 Memorandum of Law in Opposition to Plaintiffs' Motion for Extension of Deadline Dates in Case Management Order, # 2 Certificate of Service)(Boron, Eric) Modified on 7/6/2017 to add filer (SG). (Entered: 07/05/2017) |
| 07/06/2017 | | E–Filing Notification: Red Dice Holdings, Inc. added as filer re 40 DECLARATION re 38 First MOTION for Extension of Time to Complete Discovery (SG) (Entered: 07/06/2017) |
| 07/10/2017 | 41 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Motion Hearing held on 7/10/2017 re 38 First Motion for Extension of Time to Complete Discovery filed by Cindy Harp–Horn, Douglas J. Horn.<br><br>Court denied pltf's motion for reasons stated on the record. Parties to follow the current 31 Case Management Order. Appearances: No appearance on behalf of pltfs; Eric T. Boron, Esq. on behalf of defts Medical Marijuana, Inc., Red Dice Holdings, LLC; Wendy J. Lindstrom, Esq. on behalf of deft Dixie Elixirs and Edibles. (Court Reporter FTR Gold.) (RAZ) (Entered: 07/10/2017) |
| 07/13/2017 | 42 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 7/10/2017, before Judge Michael J. Roemer. Court Reporter/Transcriber Michelle McLaughlin, Telephone number 716–332–3560. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 8/3/2017. Redacted Transcript Deadline set for 8/14/2017. Release of Transcript Restriction set for 10/11/2017. (KM) (Entered: 07/13/2017) |
| 08/31/2017 | 43 | Mediation Certification by Michael Menard(AGB) (Main Document 43 replaced on 10/26/2017) (AGB). (Entered: 08/31/2017) |
| 11/28/2017 | 44 | Mediation Certification by Michael Menard(AGB) (Entered: 11/28/2017) |
| 12/07/2017 | 45 | Second MOTION for Extension of Time to Complete Discovery *Letter of Counsel* by Cindy Harp–Horn, Douglas J. Horn.(Benjamin, Jeffrey) (Entered: 12/07/2017) |
| 12/11/2017 | 46 | RESPONSE to Motion re 45 Second MOTION for Extension of Time to Complete Discovery *Letter of Counsel* filed by Medical Marijuana, Inc., Red Dice Holdings, LLC.. (Boron, Eric) (Entered: 12/11/2017) |
| 12/11/2017 | | SCHEDULING NOTICE as to 45 Second Motion for Extension of Time to Complete Discovery *Letter of Counsel*. Oral Argument set for 12/18/2017 11:00 AM before Hon. Michael J. Roemer. (RAZ) (Entered: 12/11/2017) |
| 12/13/2017 | 47 | Second MOTION for Extension of Time to Complete Discovery *Plaintiffs' Reply* by Cindy Harp–Horn, Douglas J. Horn. (Attachments: # 1 Exhibit 10/19 Email, # 2 Exhibit 11/7 Email, # 3 Exhibit 11/15 Email)(Benjamin, Jeffrey) (Entered: 12/13/2017) |
| 12/14/2017 | 48 | RESPONSE to Motion re 45 Second MOTION for Extension of Time to Complete Discovery *Letter of Counsel* filed by Dixie Elixirs and Edibles. (Sheps, Hanoch) (Entered: 12/14/2017) |

| 12/18/2017 | 49 | Minute Entry for proceedings held before Hon. Michael J. Roemer. Oral Argument re 45 Second Motion for Extension of Time to Complete Discovery held on 12/18/2017.<br><br>Court granted said motion and directed that the expert deposition be completed by the end of February 2018. Pltf shall turn over all outstanding discovery records to defts no later than 1/5/2018. Appearances: Jeffrey M. Benjamin, Esq. on behalf of pltfs via teleconference; Eric T. Boron, Esq. on behalf of deft Medical Marijuana and Red Dice Holdings; Hanoch Sheps, Esq. on behalf of deft Dixie Elixirs via teleconference. (Court Reporter FTR Gold.) (RAZ) (Entered: 12/18/2017) |
|---|---|---|
| 02/13/2018 | 50 | Mediation Certification by Michael Menard(AGB) (Entered: 02/13/2018) |
| 04/10/2018 | 51 | Letter filed by Medical Marijuana, Inc., Red Dice Holdings, LLC. as to Dixie Botanicals, Dixie Elixirs and Edibles, Medical Marijuana, Inc., Red Dice Holdings, LLC. . (Boron, Eric) (Entered: 04/10/2018) |
| 04/11/2018 | 52 | TEXT ORDER: Defendants' motion for an extension of time is granted. Dispositive motions shall be filed on or before June 15, 2018. If no dispositive motions are filed, counsel shall contact Judge Geraci's chambers by June 17, 2018 to schedule a trial date. Issued by Hon. Michael J. Roemer on April 11, 2018. (MLM) (Entered: 04/11/2018) |
| 06/07/2018 | 53 | Letter filed by Medical Marijuana, Inc., Red Dice Holdings, LLC. as to Dixie Botanicals, Dixie Elixirs and Edibles, Medical Marijuana, Inc., Red Dice Holdings, LLC. *Letter of Counsel*. (Mura, Roy) (Entered: 06/07/2018) |
| 06/08/2018 | 54 | TEXT ORDER re 53 Letter filed by Medical Marijuana, Inc., Red Dice Holdings, LLC. Defendants' request for an extension of time to file dispositive motion is granted. Dispositive motions shall be filed on or before 7/30/2018. If no dispositive motions are filed, counsel shall contact Judge Geraci's chambers by 8/3/2018 to schedule a trial date. SO ORDERED. Issued by Hon. Michael J. Roemer on 6/8/2018. (RAZ) (Entered: 06/08/2018) |
| 06/25/2018 | 55 | NOTICE of Appearance by Hanoch Sheps on behalf of Dixie Elixirs and Edibles (Sheps, Hanoch) (Entered: 06/25/2018) |
| 06/25/2018 | 56 | NOTICE of Appearance by Jean–Claude Mazzola on behalf of Dixie Elixirs and Edibles (Mazzola, Jean–Claude) (Entered: 06/25/2018) |
| 06/28/2018 | 57 | Letter filed by Dixie Elixirs and Edibles as to Dixie Botanicals, Dixie Elixirs and Edibles, Medical Marijuana, Inc., Red Dice Holdings, LLC. . (Sheps, Hanoch) (Entered: 06/28/2018) |
| 07/06/2018 | 58 | TEXT ORDER re 57 Letter filed by Dixie Elixirs and Edibles. Defendants' request for an extension of time to file dispositive motions is granted. Dispositive motions shall be filed on or before 8/30/2018. If no dispositive motions are filed, counsel shall contact Judge Geraci's chambers by 9/4/2018 to schedule a trial date. SO ORDERED. Issued by Hon. Michael J. Roemer on 7/6/2018. (RAZ) (Entered: 07/06/2018) |
| 08/08/2018 | 59 | Mediation Certification by Michael Menard(AGW) (Entered: 08/08/2018) |
| 08/30/2018 | 60 | MOTION for Summary Judgment *by Plaintiffs* by Cindy Harp–Horn, Douglas J. Horn. (Attachments: # 1 Statement of Undisputed Facts L.R. 56(a)(1), # 2 Declaration, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Affidavit Plaintiffs, # 7 Exhibit 1, # 8 Exhibit 2, # 9 Exhibit 3, # 10 Exhibit 4, # 11 Exhibit 5, # 12 Exhibit 6, # 13 Exhibit 7, # 14 Exhibit 8, # 15 Exhibit 9, # 16 Exhibit 10, # 17 Exhibit 11, # 18 Exhibit 12, # 19 Exhibit 13, # 20 Exhibit 14, # 21 Affidavit Expert, # 22 Exhibit I, # 23 Exhibit II, # 24 Exhibit III, # 25 Memorandum in Support)(Benjamin, Jeffrey) (Entered: 08/30/2018) |
| 08/30/2018 | 61 | MOTION for Summary Judgment *and/or for Judgment on the Pleadings* by Medical Marijuana, Inc., Red Dice Holdings, LLC.. (Attachments: # 1 Statement of Undisputed Facts, # 2 Declaration Declaration of Roy A. Mura, Esq., # 3 Exhibit Exhibit A to Declaration of Roy A. Mura –– Complaint, # 4 Exhibit Exhibit B to Declaration of Roy A. Mura –– Answer of MMI and RDH, # 5 Exhibit Exhibit C to Declaration of Roy A. Mura –– EBT of Douglas Horn, # 6 Exhibit Exhibit D to Declaration of Roy A. Mura –– EBT of Cindy Harp–Horn, # 7 Exhibit Exhibit E to Declaration of Roy A. Mura –– Fall 2012 High Times Medical Marijuana Magazine, # 8 Exhibit Exhibit F to Declaration of Roy A. Mura –– EBT of Dr. Cindy Orser, # 9 Exhibit Exhibit G to |

| | | Declaration of Roy A. Mura –– Expert Report of Dr. Cindy Orser, # 10 Exhibit Exhibit H to Declaration of Roy A. Mura –– CannLabs Testing Certificates, # 11 Declaration Declaration of Stuart W. Titus, PhD, # 12 Declaration Declaration of Michelle L. Sides, Esq., # 13 Exhibit Exhibit A to Declaration of Michelle L. Sides, # 14 Memorandum in Support)(Mura, Roy) (Entered: 08/30/2018) |
|---|---|---|
| 08/30/2018 | 62 | MOTION for Summary Judgment by Dixie Elixirs and Edibles. (Attachments: # 1 Memorandum in Support, # 2 Affidavit, # 3 Affidavit, # 4 Statement of Undisputed Facts, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit)(Mazzola, Jean–Claude) (Entered: 08/30/2018) |
| 09/03/2018 | 63 | TEXT ORDER: On 8/30/18, all parties filed motions for summary judgment. Responses to these motions are due by 9/28/18, and replies may be filed by 10/12/18. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 9/3/18. (JO) (Entered: 09/03/2018) |
| 09/20/2018 | 64 | First MOTION for Extension of Time to File Response/Reply as to 63 Text Order *re Defts' Motions for Summ Judg* by Cindy Harp–Horn, Douglas J. Horn.(Benjamin, Jeffrey) (Entered: 09/20/2018) |
| 09/21/2018 | 65 | TEXT ORDER GRANTING 64 Motion for Extension of Time to File Response/Reply. All responses are now due 11/2/18, and parties may reply by 11/16/18. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 9/21/18. (JO) (Entered: 09/21/2018) |
| 10/30/2018 | 66 | Second MOTION for Extension of Time to File Response/Reply as to 62 MOTION for Summary Judgment , 61 MOTION for Summary Judgment *and/or for Judgment on the Pleadings Plaintiffs* by Cindy Harp–Horn, Douglas J. Horn.(Benjamin, Jeffrey) (Entered: 10/30/2018) |
| 10/31/2018 | 67 | TEXT ORDER GRANTING 66 Second Motion for Extension of Time to File Response/Reply. All responses are now due November 16, 2018, and parties may reply by November 30, 2018. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 10/31/2018. (SFR) Modified on 10/31/2018 (SFR). (Entered: 10/31/2018) |
| 11/16/2018 | 68 | MOTION to Amend/Correct *Proposed First Amended Complaint* by Cindy Harp–Horn, Douglas J. Horn. (Attachments: # 1 Declaration, # 2 Exhibit Operating Agreement, # 3 Exhibit Proposed Amended Complaint)(Benjamin, Jeffrey) (Entered: 11/16/2018) |
| 11/16/2018 | 69 | RESPONSE in Opposition re 61 MOTION for Summary Judgment *and/or for Judgment on the Pleadings* filed by Cindy Harp–Horn, Douglas J. Horn. (Attachments: # 1 Declaration, # 2 Exhibit Op Agr, # 3 Exhibit Dixie v. MMI, # 4 Exhibit SEC FIling, # 5 Exhibit Magazine, # 6 Exhibit First FAQ, # 7 Exhibit Second FAQ, # 8 Exhibit Invoice, # 9 Exhibit CRL Test, # 10 Exhibit Lab Test, # 11 Exhibit Email, # 12 Exhibit Cert of Analysis, # 13 Exhibit Bottle Label, # 14 Exhibit Launch, # 15 Exhibit Tamar Wise, # 16 Exhibit Deft Expert Dep, # 17 Exhibit Pltf Econ CV, # 18 Exhibit Expert Econ Report, # 19 Affidavit Plaintiffs' Affid, # 20 Affidavit Plaintiffs' Suppl Affid, # 21 Affidavit Affid Ellen Voie, # 22 Affidavit Affid Dr. Graham, # 23 Exhibit Graham CV, # 24 Exhibit Graham Report, # 25 Exhibit Graham Report 2, # 26 Memorandum in Support MOL – MMI)(Benjamin, Jeffrey) (Entered: 11/16/2018) |
| 11/16/2018 | 70 | RESPONSE in Opposition re 62 MOTION for Summary Judgment filed by Cindy Harp–Horn, Douglas J. Horn. (Attachments: # 1 Declaration, # 2 Exhibit Magazine, # 3 Exhibit First FAQ, # 4 Exhibit Second FAQ, # 5 Exhibit Invoice, # 6 Exhibit CRL Test, # 7 Exhibit Lab Test, # 8 Exhibit Email, # 9 Exhibit Cert of Analysis, # 10 Exhibit Bottle Label, # 11 Exhibit Launch, # 12 Exhibit Tamar Wise, # 13 Exhibit Deft Expert Dep, # 14 Exhibit Pltf Expert CV, # 15 Exhibit Pltf Expert Econ Report, # 16 Affidavit Pltf Affidavit, # 17 Affidavit Pltf Suppl Affid, # 18 Affidavit Affid Ellen Voie, # 19 Affidavit Affid Dr Graham, # 20 Exhibit Graham CV, # 21 Exhibit Graham Report, # 22 Exhibit Graham Report 2, # 23 Memorandum in Support MOL Dixie)(Benjamin, Jeffrey) (Entered: 11/16/2018) |
| 11/16/2018 | 71 | MOTION to Strike 60 MOTION for Summary Judgment *by Plaintiffs* by Dixie Elixirs and Edibles.(Sheps, Hanoch) (Entered: 11/16/2018) |

| 11/16/2018 | 72 | MEMORANDUM OF LAW in Support of 71 MOTION to Strike 60 MOTION for Summary Judgment *by Plaintiffs* by Dixie Elixirs and Edibles. (Attachments: # 1 Declaration JC Declaration, # 2 Exhibit Dr. Orser excerpts, # 3 Exhibit Doug Horn excerpts)(Sheps, Hanoch) Modified on 11/19/2018 to correct event and add correct link (NRE). (Entered: 11/16/2018) |
|---|---|---|
| 11/16/2018 | 73 | MEMORANDUM in Opposition re 60 MOTION for Summary Judgment *by Plaintiffs* filed by Dixie Elixirs and Edibles. (Attachments: # 1 Declaration JC Declaration, # 2 Exhibit Counterstatement of Facts)(Sheps, Hanoch) (Entered: 11/16/2018) |
| 11/16/2018 | 74 | First MOTION to Strike *Plaintiffs' Summary Judgment Evidence* by Medical Marijuana, Inc., Red Dice Holdings, LLC.. (Attachments: # 1 Declaration Declaration of Daniel S. Gvertz, Esq., # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Memorandum in Support Memorandum in Support)(Gvertz, Daniel) (Entered: 11/16/2018) |
| 11/16/2018 | 75 | RESPONSE in Opposition re 60 MOTION for Summary Judgment *by Plaintiffs* filed by Medical Marijuana, Inc., Red Dice Holdings, LLC.. (Attachments: # 1 Exhibit Exhibit A, # 2 Memorandum in Support Memorandum in opposition, # 3 Statement of Undisputed Facts Response to plaintiffs' statement of facts)(Gvertz, Daniel) (Entered: 11/16/2018) |
| 11/17/2018 | 76 | TEXT SCHEDULING ORDER: On 11/16/18, the Court received three motions: two motions to strike by Defendants, ECF Nos. 71 , 72 , and 74 (the motions at ECF Nos. 71 and 72 are documents in support of a single motion to strike), and a motion to amend the Complaint by Plaintiffs, ECF No. 68 . Responses from the parties opposing these motions are due by 11/30/18, and the moving parties may reply by 12/7/18. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 11/17/18. (JO) (Entered: 11/17/2018) |
| 11/19/2018 | | E–Filing Notification: regarding 72 MOTION to Strike 60 MOTION for Summary Judgment *by Plaintiffs* . Document filed improperly as a motion. Court terminated motion and modified docket text to correctly reflect filing event. No action required. (NRE) (Entered: 11/19/2018) |
| 11/27/2018 | 77 | First MOTION for Extension of Time to File Response/Reply as to 71 MOTION to Strike 60 MOTION for Summary Judgment *by Plaintiffs* , 76 Text Order, 74 First MOTION to Strike *Plaintiffs' Summary Judgment Evidence and for Replies as to MSJs* by Cindy Harp–Horn, Douglas J. Horn.(Benjamin, Jeffrey) (Entered: 11/27/2018) |
| 11/28/2018 | 78 | Mediation Certification by Michael Menard(AGW) (Entered: 11/28/2018) |
| 11/28/2018 | 79 | TEXT ORDER GRANTING Plaintiffs' unopposed 77 Motion for Extension of Time to File Response/Reply. Responses from the parties opposing motions at ECF Nos. 68 , 71 , and 74 are now due by 12/7/18, and the moving parties may reply by 12/14/18. Replies for the pending motions for summary judgment, ECF Nos. 60 , 61 , and 62 , are now also due by 12/7/18. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 11/28/18. Modified on 11/28/2018 to include new deadline for motions for summary judgment. (JO) (Entered: 11/28/2018) |
| 12/07/2018 | 80 | MEMORANDUM in Opposition re 72 MOTION to Strike 60 MOTION for Summary Judgment *by Plaintiffs* filed by Cindy Harp–Horn, Douglas J. Horn. (Benjamin, Jeffrey) (Entered: 12/07/2018) |
| 12/07/2018 | 81 | MEMORANDUM in Opposition re 74 First MOTION to Strike *Plaintiffs' Summary Judgment Evidence* filed by Cindy Harp–Horn, Douglas J. Horn. (Benjamin, Jeffrey) (Entered: 12/07/2018) |
| 12/07/2018 | 82 | MEMORANDUM in Opposition re 68 MOTION to Amend/Correct *Proposed First Amended Complaint* filed by Dixie Elixirs and Edibles. (Sheps, Hanoch) (Entered: 12/07/2018) |
| 12/07/2018 | 83 | REPLY to Response to Motion re 60 MOTION for Summary Judgment *by Plaintiffs Reply to Dixie Opposition* filed by Cindy Harp–Horn, Douglas J. Horn. (Benjamin, Jeffrey) (Entered: 12/07/2018) |
| 12/07/2018 | 84 | REPLY to Response to Motion re 60 MOTION for Summary Judgment *by Plaintiffs Reply to MMI/RDH Opposition* filed by Cindy Harp–Horn, Douglas J. Horn. |

| | | (Benjamin, Jeffrey) (Entered: 12/07/2018) |
|---|---|---|
| 12/07/2018 | 85 | REPLY/RESPONSE to re 70 Response in Opposition to Motion,,,, filed by Dixie Elixirs and Edibles. (Sheps, Hanoch) (Entered: 12/07/2018) |
| 12/07/2018 | 86 | MEMORANDUM in Support re 61 MOTION for Summary Judgment *and/or for Judgment on the Pleadings* filed by Medical Marijuana, Inc., Red Dice Holdings, LLC.. (Gvertz, Daniel) (Entered: 12/07/2018) |
| 12/07/2018 | 87 | RESPONSE in Opposition re 68 MOTION to Amend/Correct *Proposed First Amended Complaint* filed by Medical Marijuana, Inc., Red Dice Holdings, LLC.. (Attachments: # 1 Exhibit Scheduling Order)(Gvertz, Daniel) (Entered: 12/07/2018) |
| 04/17/2019 | 88 | DECISION AND ORDER: Plaintiffs' motion to amend 68 is GRANTED IN PART and DENIED IN PART. Defendants' motions to strike [71, 74] are DENIED. Plaintiffs' motion for partial summary judgment 60 is DENIED. Defendants' motions for summary judgment 61 62 are GRANTED IN PART and DENIED IN PART. As a result of these rulings, the only surviving claims are Douglas's claims for fraudulent inducement and civil RICO. All other claims against Defendants are dismissed. The Clerk of Court is directed to amend the name of Defendant "Dixie Elixirs and Edibles" to "Dixie Holdings, LLC a/k/a Dixie Elixirs." By separate order, the Court will schedule a status conference to hear from the parties on the progress of this action. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 4/17/2019. (MFM)<br><br>–CLERK TO FOLLOW UP– (Entered: 04/17/2019) |
| 04/19/2019 | 89 | TEXT ORDER Status Conference set for 5/16/2019 10:00 AM in US Courthouse, 2 Niagara Square, Buffalo, NY 14202–3350 before Hon. Frank P. Geraci, Jr. IT IS SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 4/19/19. (PR) (Entered: 04/19/2019) |
| 04/25/2019 | 90 | Letter MOTION to change the Status Conference date filed by Dixie Holdings, LLC as to Dixie Botanicals, Dixie Holdings, LLC, Medical Marijuana, Inc., Red Dice Holdings, LLC. . (Mazzola, Jean–Claude) Modified on 4/26/2019 to correct event(KLH). (Entered: 04/25/2019) |
| 04/26/2019 | | E–Filing Notification regarding 90 Letter: This document contains a request for relief and should be filed as a motion. No action required – Clerk corrected entry. (KLH) (Entered: 04/26/2019) |
| 05/02/2019 | 91 | TEXT ORDER granting defendant Dixie Elixirs's 90 Letter request to adjourn the 5/16 status conference. The case is adjourned to 6/20/2019 at 09:30 AM in US Courthouse, 2 Niagara Square, Buffalo, NY 14202–3350 before Hon. Frank P. Geraci, Jr. The parties shall notify the Court if they intend to mediate the case and wish to have the status conference rescheduled for a later date. IT IS SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 5/2/19. (PR) (Entered: 05/02/2019) |
| 05/16/2019 | 92 | NOTICE OF APPEAL as to 88 Order on Motion for Summary Judgment,,,,,,,,,,,, Order on Motion to Amend/Correct,,,, Order on Motion to Strike,,,,,,, by Cindy Harp–Horn, Douglas J. Horn. Filing fee $ 505, receipt number 0209–3454145. Appeal Record due by 9/13/2019. (Benjamin, Jeffrey) (Entered: 05/16/2019) |
| 06/17/2019 | 93 | First MOTION for Leave to Appear by Phone *for Conf 6/20/19* by Cindy Harp–Horn, Douglas J. Horn.(Benjamin, Jeffrey) (Entered: 06/17/2019) |
| 06/18/2019 | 94 | TEXT ORDER granting 93 Motion for Leave to Appear by telephone. The Court will supply counsel in advance with the Court's conference center instructions. IT IS SO ORERED. Signed by Hon. Frank P. Geraci, Jr. on 6/18/19. (PR) (Entered: 06/18/2019) |
| 06/20/2019 | 95 | Minute Entry for proceedings held before Hon. Frank P. Geraci, Jr.: Status Conference held on 6/20/2019. Plaintiff's filed 92 Interlocutory Appeal of 88 Decision and Order. Second Circuit argument scheduled next month. A further mediation session has been scheduled. Status Conference is scheduled for 8/15/2019 at 2:30 PM before Hon. Frank P. Geraci, Jr., to be held in US Courthouse, 2 Niagara Square, Buffalo, NY 14202. Counsel may appear by telephone. Appearances: For Pltf's – Jeffrey Benjamin, Esq., (by telephone); For Deft's – Roy Mura, Esq., (Medical Marijuana, Inc., Red Dice Holdings, LLC); Jean–Claude Mazzola, Esq., and Hanoch Sheps, Esq., (by telephone) (Dixie Holdings, LLC). (Court Reporter Christi Macri.) (JDK) (Entered: 06/21/2019) |

| 06/25/2019 | 96 | NOTICE of Appearance by Scott David Mancuso on behalf of Medical Marijuana, Inc., Red Dice Holdings, LLC. (Mancuso, Scott) (Entered: 06/25/2019) |
|---|---|---|
| 07/17/2019 | 97 | MOTION for Reconsideration re 88 Order on Motion for Summary Judgment,,,,,,,,,,, Order on Motion to Amend/Correct,,,, Order on Motion to Strike,,,,,,, by Medical Marijuana, Inc., Red Dice Holdings, LLC.. (Attachments: # 1 Declaration Declaration of Roy A. Mura, Esq., # 2 Declaration Declaration of Stuart W. Titus, PhD, # 3 Memorandum in Support Memorandum of Law in Support)(Mura, Roy) (Entered: 07/17/2019) |
| 07/18/2019 | 98 | TEXT SCHEDULING ORDER: On July 17, 2019, Defendants Medical Marijuana, Inc. and Red Dice Holdings, LLC filed a motion for reconsideration 97 . Plaintiffs and Defendant Dixie Holdings, LLC shall file responses by August 16, 2019, and the moving defendants shall file a reply within fifteen days of the responses. To the extent the parties intend to challenge the moving defendants' factual assertions, they must do so in the manner contemplated by Federal Rule of Civil Procedure 56(c)(1). In addition to the merits, the parties shall address whether this court has jurisdiction to consider the motion given the pending appeal. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 7/18/2019. (MFM) (Entered: 07/18/2019) |
| 08/06/2019 | | TEXT SCHEDULING ORDER: In light of the ongoing briefing of Defendants' motion 97 , the Court reschedules the Status Conference set for 8/15/2019 to a future date. Specifically, the Status Conference is now set for 9/20/2019 at 02:00 PM in US Courthouse, 2 Niagara Square, Buffalo, NY 14202–3350 before Hon. Frank P. Geraci, Jr. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 8/6/2019. (MFM) (Entered: 08/06/2019) |
| 08/07/2019 | 99 | DESIGNATION of Record on Appeal by Douglas J. Horn re 92 Notice of Appeal, CLERK TO FOLLOW UP (Benjamin, Jeffrey) (Entered: 08/07/2019) |
| 08/08/2019 | 100 | CLERKS CERTIFICATE filed and electronically sent to Court of Appeals. 99 Index to Record on Appeal. (KM) (Entered: 08/08/2019) |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DOUGLAS J. HORN,
CINDY HARP-HORN

      -v-

MEDICAL MARIJUANA, INC., ET AL

_____

         15-CV-701
         USCA: Enter USCA #

         **CLERK'S CERTIFICATE /**
         **INDEX**

      I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

      **The following documents are not available electronically and are currently maintained in traditional fashion in the Western District of New York's lead office:**

      Docket No. **All Documents Filed Electronically.**

      Upon your request, we will make the above documents available to you.

         MARY C. LOEWENGUTH
         Clerk of Court
         United States District Court

         By: s/K.McMillan
         _____

         Deputy Clerk

DATED:     August 8, 2019

         Buffalo, NY