# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of September, two thousand and nineteen.

_____

Douglas J. Horn, Cindy Harp-Horn,

       Plaintiffs - Appellants,

v.

Medical Marijuana, Inc., Dixie Holdings, LLC, Dixie Elixirs, Red Dice Holdings, LLC,

       Defendants - Appellees,

_____

**ORDER**

Docket No. 19-1437

     The Appellants filed an appeal in the above-referenced matter. Appellants filed Form D on June 13, 2019 and Second Circuit Local Rule 31.2(a)(1)(A) required Appellants to file a scheduling notification letter within 14 days of that date. Appellants failed to submit a scheduling notification letter. Upon consideration thereof,

     IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellants' brief must be filed on or before October 22, 2019. The appeal will be dismissed effective October 22, 2019 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                          For the Court:

                                                          Catherine O'Hagan Wolfe,
                                                          Clerk of Court